UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| STEVE SANDS<br><br>                           Plaintiff,<br><br>  - against -<br><br>FUTURE US, INC.<br><br>                           Defendant. | Docket No. 1:19-cv-08022-ER |

**DEFAULT JUDGMENT**

Upon consideration of the Plaintiff's motion for default judgment under Rule 55.2(b)(2) of the Federal Rules of Civil Procedure and Local Rule 55.2; and the declaration of plaintiff's counsel James H. Freeman and exhibits attached thereto, and upon all prior papers and proceedings filed herein, it is hereby:

**ORDERED, ADJUDGED** and **DECREED** that:

1. Default judgment as to liability for copyright infringement under 17 U.S.C. § 501 be entered against defendant Future US, Inc. ("Defendant");

2. Defendant is to pay $1295.00 in actual damages under 17 U.S.C. § 504(b) for copyright infringement;

3. Defendant is to pay $440.00 in costs pursuant to Fed.R.Civ.P. 54(d)

4. Defendant is to pay post-judgment interest under 28 U.S.C.A. § 1961;

5. the Court retain jurisdiction over any matter pertaining to this judgment;

6. this case is dismissed and the Clerk of the Court shall remove it from the Court docket.

New York, NY

Dated: April 29, 2021	SO ORDERED.

_____
Hon. Edgardo Ramos (U.S.D.J.)